UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>                                                         )<br>            Plaintiff,                        )<br>                                                         )<br>            v.                                     )<br>                                                         )<br>                                                         )<br>                                                         )<br>**LETICIA FLORES,**                     )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>            Defendant.                     )<br>_____) | Magistrate Docket No. 08mj2223<br>          Case No. _____<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Secs. 1709 and 1703 (a), (b)<br><br>Theft of mail matter by officer or employee (Felony), Delay or destruction of mail (Felony). |

**FILED**
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant, being duly sworn, states

Beginning at a date unknown and continuing up to and including July 18, 2008, in San Diego County, within the Southern District of California, defendant LETICIA FLORES, an Employee of the United States Postal Service, unlawfully embezzled, secreted and delayed articles of mail, and articles and things contained therein, namely, greeting cards, that had come into the defendant's possession as a result of her employment, and which were intended to be conveyed by the United States Postal Service, in violation of Title 18, United States Code, Sections 1709 and 1703(a), (b).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
VICTOR FIGUEROA
SPECIAL AGENT, USPS-OIG

SWORN TO AND SUBSCRIBED IN MY PRESENCE, THIS 20TH DAY OF JULY, 2008.

_____
THE HONORABLE LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Victor Figueroa, US Postal Service Office of Inspector General (USPS-OIG) declare under penalty of perjury, the following is true and correct:

On July 18, 2008, in a joint operation with the Postal Inspection Service, Leticia Flores, Regular Clerk, Tour 1, Margaret L. Sellers Processing & Distribution Center (MLS P&DC), San Diego, CA was arrested at this facility by agents of the USPS-OIG for possession of stolen mail.

On May 29, 2008, the USPS-OIG received information from the San Diego District Consumer Affairs Office regarding a stolen greeting card containing a Target gift card. According to the report from Consumer Affairs, Lorraine Stockton, 10944 Ivy Hill Drive Unit 5 San Diego CA 92131, was expecting a birthday card for her daughter sent by her mother in El Paso TX. Stockton reported to Consumer Affairs that the Target gift card never arrived as intended and was used on May 11, 2008, by an unintended recipient in a Target store in Chula Vista, CA.

Agents of the USPS-OIG obtained surveillance Compact Disc (CD) from the use of the Target gift card mailed to Mrs. Stockton. The surveillance CD captured two individuals, a male and a female, at the Chula Vista Target store using Mrs. Stockton's Target gift card on May 11, 2008. Agents of the USPS-OIG later identified Leticia Flores, a USPS employee, as the female in the surveillance CD. Flores was assigned as a Clerk, Tour 1 (approximately 10:00 p.m. to 6:00 a.m.) at the MLS P&DC.

From July 14, 2008, until July 18, 2008, agents of the USPS-OIG and the US Postal Inspection Service began observation of Leticia Flores during her work hours. Every night Flores was observed and filmed stealing greeting cards from the mail stream, while operating a mail-processing machine. Flores was also observed secreting this mail into a lunch pail that she later would take out of the plant and into her personal vehicle.

On July 18, 2008, agents of the USPS-OIG arrested Flores at the MLS-P&DC before leaving postal property in her personal vehicle. Incident to her arrest, agents from the USPS-OIG searched Flores' vehicle where they found approximately 150 pieces of First Class mail in the form of greeting cards. Agents also found approximately 40 pieces of First Class mail in Flores' lunch pail, where she was observed secreting mail earlier in the evening. Agents of the USPS-OIG read Flores her Miranda rights and then questioned her. Flores admitted to stealing mail while processing this mail at the MLS P&DC, secreting it in her lunch pail and taking it off the workroom floor to her personal vehicle parked on postal property.

Executed on July 19, 2008 (date) at 9:00PM (time)

_Victor Figueroa_
VICTOR FIGUEROA
Special Agent, US Postal Service-Office of Inspector General

On the basis of the facts presented in this probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense beginning at a date unknown and up to and including July 18, 2008, in violation of Title 18, United States Code, Sections 1709 and 1703(a), (b).

_signature_
THE HONORABLE LEO S. PAPAS
United States Magistrate Judge

July 20, 2008 - 11AM
Date/Time