

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr2727-W |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 1709 - Theft of Mail by Postal Employee |
| LETICIA FLORES, | |
| Defendant. | |

The United States Attorney charges:

On or about July 18, 2008, within the Southern District of California, defendant Leticia Flores, being a Postal Service employee, unlawfully did embezzle pieces of mail and articles and things contained therein, which had been entrusted to her and which had come into her possession, intending to be conveyed by mail; in violation of Title 18, United States Code, Section 1709.

DATED: 8/14/08.

KAREN P. HEWITT
United States Attorney

W. Mark Conover
Assistant U.S. Attorney