AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

LETICIA FLORES

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2727-W

FILED AUG 1 4 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

I, LETICIA FLORES, the above named defendant, who is accused of Title 18, United States Code, Section 1709, Theft of Mail Matter by Postal Employee, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/14 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LETICIA FLORES
Defendant

_____
Mark Adams
Counsel for Defendant

Before _____
JUDICIAL OFFICER