

```
FILED
DEC 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Judgment in a Criminal Case
Sheet 1

# United States District Court
## Southern District of California

UNITED STATES OF AMERICA
Vs

Leticia Flores

**REGISTRATION NO.10313298**

THE DEFENDANT:
pleaded guilty to count one of the information.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 08CR2727-W

Mark F. Adams
Defendant's Attorney

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses :

| **Title & Section** | **Nature of Offense** | **Count Number** |
|---|---|---|
| 18 USC 1709 | Theft of Mail by Postal Employee | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Penalty Assessment $100.00, forthwith, through the office of the Clerk, U.S. District Court.

Fine waived.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence or mailing address until all fines, restitution costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 15, 2008
Date of Imposition of Sentence

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Judgment in a Criminal Case
Sheet 2 - Imprisonment

DEFENDANT: Leticia Flores
CASE NUMBER: 08CR2727-W

Judgment - Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 5 months.

The defendant shall surrender to the institution designated by the Bureau of Prisons or to the U.S. Marshal by 12:00 noon on 1/30/09.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case
Sheet 3 - Supervised Release

DEFENDANT: Leticia Flores
CASE NUMBER: 08CR2727-W

Judgment - Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

**For offenses committed on or after September 13, 1994:**

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless otherwise ordered by the court.

___ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

_X_ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

_X_ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).

___ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

___ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer, truthfully, all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirements.

Judgment in a Criminal Case
Sheet 4 - Continued Supervised Release Conditions

Judgment - Page 4 of 5

DEFENDANT: Leticia Flores
CASE NUMBER: 08CR2727-W

## SPECIAL CONDITIONS OF SUPERVISION

- The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable time and in a reasonable manner, by the probation officer or other law enforcement officer.

- The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

- The defendant shall participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay. Drug testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless by order of the court.

- The defendant shall participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

- The defendant shall provide complete disclosure of personal and business financial records to the probation officer as requested.

- The defendant shall comply with the conditions of the Home Confinement Program for a term of 5 months and shall remain at her residence except for activities or employment as approved by the court or probation officer. The defendant shall wear an electronic monitoring device if required and follow the procedures specified by the probation officer. The defendant shall pay the total cost of electronic monitoring services, or a portion, if deemed appropriate by the probation officer.

AO 245 S RESTITUTION PROVISIONS OF THE JUDGMENT

DEFENDANT: Leticia Flores
CASE NUMBER: 08CR2727-W

JUDGMENT - PAGE 5 OF 5

## RESTITUTION PROVISIONS OF THE JUDGMENT

IT IS ORDERED that the defendant pay restitution in the amount of $3,652.70 through the Clerk, U.S. District Court, to the victims as follows, payable forthwith or through the Inmate Financial Responsibility Program at the rate of $25.00 per quarter during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from prison at the rate of $200.00 per month. Distribution of restitution to the victims shall be on a pro rata basis. No interest to accrue for three years.

| SENDER L. NAME | SENDER F. NAME | VALUABLE |
|---|---|---|
| Animasharn | Toure | $150.00 |
| Behounek | Penny | $20.00 |
| Berger | The Family | $15.00 |
| Blackledge | Melissa | $25.00 |
| Bosier | Bernice | $100.00 |
| Chinelli | Jeanette | $60.00 |
| Danko | James | $25.00 |
| Des Rochers | Suzanne | $40.00 |
| Erickson | Darthe | $200.00 |
| Farrior | The Family | $20.00 |
| Franssen | Gary | $100.00 |
| Gunderson | The Family | $200.00 |
| Guyette | Alexander and Barbara | $25.00 |
| Hemme | Amira | $25.00 |
| Hubble | Blanche | $150.00 |
| Jamison | Ms. (no name listed) | $100.00 |
| Jensen | Jim and Jill | $2.00 |
| Lamay | Laura | $20.00 |
| Lock | Jeffrey | $10.00 |
| Marley | Amy | $100.00 |
| Mattheisen | Elizabeth | $10.00 |
| McCormack | Linda | $100.00 |
| Messier | Paul | $50.00 |
| Moffat | Cheryl | $836.70 |
| Pearson | Eva | $20.00 |
| Peters | Brad & Sandra | $30.00 |
| Repen | Harry | $25.00 |
| Rheinheimer | Randy & Becky | $200.00 |
| Rhodes | Wanda | $100.00 |
| Roberts | Stephen | $400.00 |
| Sanders | Melissa | $45.00 |
| Schlupp | Marcia | $100.00 |
| Sikora | Janet | $10.00 |
| Smaniotto | Rebecca | $60.00 |
| Smittle | Amy | $4.00 |
| Sue | Sharon | $15.00 |
| Tomime | Annine | $10.00 |
| Untiedt | Lorraine | $50.00 |
| Watts | Cindy | $50.00 |
| Whitney | Lorraine | $50.00 |
| Witherspoon | Susan | $100.00 |
| | | $3,652.70 |